**626**

106 So.2d 40

**O. L. HEATH, d/b/a Tri-Cities Waste Paper and Salvage Co. v. Floyd E. HALL.**

8 Div. 326.

Court of Appeals of Alabama.

Oct. 21, 1958.

Wm. F. Baker, Florence, for appellant.

Pounders & Wilson, Florence, for appellee.

PRICE, Judge.

Appeal dismissed on authority of Heath v. Hall, ante, p. 623, 106 So.2d 38.